UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER HUMPHREY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 05-63-B-W |
| MAINE STATE PRISON, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 19, 2005, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED and AFFIRMED that: (1) Plaintiff's Complaint be dismissed without prejudice as to Corrections Officer McArdo; (2) Plaintiff's Complaint be dismissed as to all unknown supervisors; and (3) Plaintiff's Complaint be dismissed with respect to the Maine State Prison and the Maine Department of Corrections.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of September, 2005