UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CHRISTOPHER HUMPHREY,          )
                              )
              Plaintiff,      )
                              )
      v.                      )      Civil No. 05-63-B-W
                              )
MAINE STATE PRISON, et al.,   )
                              )
              Defendants.     )


**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


The United States Magistrate Judge filed with the Court on October 3, 2005 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on October 7, 2005 and the Defendants filed their responses to those objections on October 13, 2005 and October 17, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1.   It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.   It is further <u>ORDERED</u> that the Defendants' Motions for Summary Judgment on Plaintiff's Eight Amendment Claim (Docket Nos. 21, 24 and 27) are hereby <u>GRANTED</u>.

3.   With the federal claim dismissed, it is further <u>ORDERED</u> that the Court declines to exercise supplemental jurisdiction over any state law claims the Plaintiff intended to plead. These claims are therefore dismissed without prejudice.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of October, 2005